**REDACTED**

JS 45 (11/2002)

# Criminal Case Cover Sheet

**U.S. District Court**

| Place of Offense: | Under Seal: Yes ☐ No ☒ | Judge Assigned: |
|---|---|---|
| City: EDVA | Criminal Complaint: YES | Criminal Number: |
| County/Parish: | Same Defendant: | New Defendant: |
| | Magistrate Judge Case Number: 2:22-mj- | Arraignment Date: |
| | Search Warrant Case Number: | |
| | R 20/R 40 from District of _____ . | |

## Defendant Information:

| Juvenile: Yes ☐ No ☒ | FBI# | |
|---|---|---|
| Defendant Name: Patrick Tate Adamiak | | Alias Name(s): |
| Address: Virginia Beach, VA 234xx | | |
| Birth Date: 1994 | SS#: xxx-xx-6309 | Sex: Male | Race: | Nationality: | Place of Birth: |
| Height: 0'0" | Weight: lbs. | Hair: | Eyes: | Scars/Tattoos: |
| Interpreter: Yes ☐ No ☐ | List Language and/or dialect: | | | |

## Location Status:

| Arrest Date: | |
|---|---|
| ☐ Already in Federal Custody as of: in: | |
| ☒ Already in State Custody | ☐ On Pretrial Release | ☐ Not in Custody |
| ☐ Arrest Warrant Requested | ☐ Fugitive | ☐ Summons Requested |
| ☐ Arrest Warrant Pending | ☐ Detention Sought | ☐ Bond |

## Defense Counsel Information:

| Name: | ☐ Court Appointed |
|---|---|
| Address: | ☐ Retained |
| Telephone: | ☐ Public Defender |
| | ☐ Office of Federal Public Defender should not be appointed due to conflict of interest |
| | ☐ CJA attorney: _____ should not be appointed due to conflict of interest |

## U.S. Attorney Information:

| AUSA: William D. Muhr | Telephone No. 757-441-6331 | Bar #: |
|---|---|---|

**Complainant Agency, Address & Phone Number or Person & Title:**

Special Agent William Hairston, Jr. Bureau of ATF, Greensboro, NC office

## U.S.C. Citations:

| | Code/Section | Description of Offense Charged | Count(s) | Capital/Felony/Misd/Petty |
|---|---|---|---|---|
| Set 1 | 26 USC 5681 | Possess and receive a machinegun not registered to him in the National Firearms Registration and Transfer Record. | 1 | Felony |
| Set 2 | 18 USC 9220(o) | Possess and transfer a post-ban machinegun and possess with Intent to transfer a post-ban machinegun. | 2 | Felony |