FILED
IN OPEN COURT

JUN 2 3 2022

CLERK, U.S. DISTRICT COURT
NORFOLK, VA

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF VIRGINIA

Norfolk Division

| | |
|---|---|
| UNITED STATES OF AMERICA ) | Criminal No. 2:22-cr-47 |
| ) | |
| v. ) | 26 U.S.C. §§ 5841, 5845, 5861(d) and 5871 |
| ) | Receive and Possess an Unregistered |
| PATRICK TATE ADAMIAK, ) | Machinegun or Destructive Device |
| ) | (Counts 1, 3-5) |
| Defendant ) | |
| ) | 18 U.S.C. § 922(o) |
| ) | Unlawful Possession and |
| ) | Transfer of a Machinegun |
| ) | (Count 2) |
| ) | |
| ) | 18 U.S.C. § 924(d); 26 U.S.C. § 5872 |
| ) | 28 U.S.C. § 2461(c) |
| ) | Criminal Forfeiture |

**SUPERSEDING INDICTMENT**

June 2022 Term at Norfolk

THE GRAND JURY CHARGES THAT:

COUNT ONE
(Receive and Possess an Unregistered Firearm)

On or about March 15, 2022, through on or about March 28, 2022, in Virginia Beach, within the Eastern District of Virginia, the defendant, PATRICK TATE ADAMIAK, did knowingly receive and possess a firearm, namely a PPSH machinegun, which was not registered to the defendant in the National Firearms Registration and Transfer Record, as required by 26 U.S.C. § 5841.

(In violation of 26 U.S.C. §§ 5841, 5845, 5861(d) and 5871)

1

THE GRAND JURY FURTHER CHARGES THAT:

COUNT TWO
(Unlawful Possession and Transfer of a Machinegun)

On or about March 15, 2022, through on or about March 28, 2022, in Virginia Beach, within the Eastern District of Virginia, the defendant, PATRICK TATE ADAMIAK, did knowingly possess and transfer a machinegun, that is a PPSH machinegun.

(In violation of 18 U.S.C. § 922(o))

THE GRAND JURY FURTHER CHARGES THAT:

COUNT THREE
(Receive and Possess an Unregistered Destructive Device)

On or about April 7, 2022, in Virginia Beach, within the Eastern District of Virginia, the defendant, PATRICK TATE ADAMIAK, did knowingly receive and possess a destructive device, namely a M79, 40 mm grenade launcher, which was not registered to the defendant in the National Firearms Registration and Transfer Record, as required by 26 U.S.C. § 5841.

(In violation of 26 U.S.C. §§ 5841, 5845, 5861(d) and 5871)

THE GRAND JURY FURTHER CHARGES THAT:

COUNT FOUR
(Receive and Possess an Unregistered Destructive Device)

On or about April 7, 2022, in Virginia Beach, within the Eastern District of Virginia, the defendant, PATRICK TATE ADAMIAK, did knowingly receive and possess a destructive

2

device, namely a M203, 40mm grenade launcher, which was not registered to the defendant in the National Firearms Registration and Transfer Record, as required by 26 U.S.C. § 5841.

(In violation of 26 U.S.C. §§ 5841, 5845, 5861(d) and 5871)

THE GRAND JURY FURTHER CHARGES THAT:

## COUNT FIVE
(Receive and Possess an Unregistered Destructive Device)

On or about April 7, 2022, in Virginia Beach, within the Eastern District of Virginia, the defendant, PATRICK TATE ADAMIAK, did knowingly and unlawfully receive and possess two destructive devices, namely two RPG-7 variant recoilless antitank projectors, which were not registered to the defendant in the National Firearms Registration and Transfer Record., as required by 26 U.S.C. § 5841.

(In violation of 26 U.S.C. §§ 5841, 5845, 5861(d) and 5871)

## FORFEITURE

THE GRAND JURY FURTHER FINDS PROBABLE CAUSE THAT:

1. Defendant PATRICK TATE ADAMIAK, if convicted of any of the violations alleged in this indictment, shall forfeit to the United States, as part of the sentencing pursuant to Federal Rule of Criminal Procedure 32.2, any firearm or ammunitioned used in or involved in the violation.

2. If any property that is subject to forfeiture above is not available, it is the intention of the United States to seek an order forfeiting substitute assets pursuant to Title 21, United States Code, Section 853(p) and Federal Rule of Criminal Procedure 32.2(e).

(In accordance with Title 18, United States Code, Section 924(d); Title 26, United States Code, Section 5872; and Title 28, United States Code, Section 2461(c).)

Pursuant to the E-Government Act, the original of this page has been filed under seal in the Clerk's Office

*United States v. Patrick Tate Adamiak*
Criminal No. 2:22cr47

A TRUE BILL:

**REDACTED COPY**

_____
FOREPERSON

JESSICA D. ABER
UNITED STATES ATTORNEY

By: _____
William D. Muhr
Assistant United States Attorney
Victoria Liu
Special Assistant United States Attorney
101 West Main Street, Suite 8000
Norfolk, Virginia 23510
Office Number: (757) 441-6331
Facsimile Number: (757) 441-6689
Email Addresses:   bill.muhr@usdoj.gov
                   vliu@usdoj.gov

5