# EXHIBIT A

# SIMILAR FREELY TRADED ITEMS
















Home > Militaria & Collectibles > Replica and Dummy Firearms >

M79 Grenade Launcher with Handguard



## M79 Grenade Launcher With Handguard

Item Number· REP42

★★★★☆  |  2 Reviews  |  ✎ Write A Review

**$385.00**

Enter your email address to be notified when this item is back in stock.

9