IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF VIRGINIA
Norfolk Division

UNITED STATES OF AMERICA )
)
v. ) CRIMINAL NO. 2:22cr47
)
PATRICK TATE ADAMIAK )

### GOVERNMENT'S EXHIBIT LIST

| NEW # | Description | Authenticating Witness | Admitted |
|---|---|---|---|
| 1 | Photo of Postal money orders (11.09.21) | W. Hairston | 10-19-2022 |
| 2 | Photo of Priority Mail envelope addressed | W. Hairston | 10-19-2022 |
| 3 | Photo of Shipping label from Blackdogsarsenal.com (11.17.21) | W. Hairston | 10-19-2022 |
| 4 | Photo of PPS 41 machinegun | W. Hairston | 10-19-2022 |
| 5 | Photo of PPS 41 machinegun (connected) | W. Hairston | 10-19-2022 |
| 6 | Photo of Priority Mail envelope (11.23.21) | W. Hairston | 10-19-2022 |
| 7 | Photo of Postal money orders (11.23.21) | W. Hairston | 10-19-2022 |
| 8 | Photo of Shipping label from Adamiak | W. Hairston | 10-19-2022 |
| 9 | Photo of PPS-43 machinegun (1) | W. Hairston | 10-19-2022 |
| 10 | Photo of PPS-43 machinegun (2) | W. Hairston | 10-19-2022 |
| 11 | Photo of PPS-43 machinegun (3) | W. Hairston | 10-19-2022 |
| 12 | Photo of PPS-43 machinegun (4) | W. Hairston | 10-19-2022 |
| 13 | Photo of PPS-43 machinegun (5) | W. Hairston | 10-19-2022 |
| 14 | Photo of Priority Mail envelope (12.15.21) | W. Hairston | 10-19-2022 |
| 15 | Photo of Postal money orders (12.15.21) | W. Hairston | 10-19-2022 |
| 16 | Photo of Shipping label from Blackdogaresal.com (12/25/21) | W. Hairston | 10-19-2022 |
| 17 | Photo of RPD machinegun | W. Hairston | 10-19-2022 |
| 18 | Photo of Postal money orders (03.15.22) | W. Hairston | 10-19-2022 |
| 19 | Photo of Priority Mail envelope (03.15.22) | W. Hairston | 10-19-2022 |

| 20 | Photo of Priority mail from Blackdogarsenal.com (03.23.22) | W. Hairston | 10-19-2022 |
|---|---|---|---|
| 21 | PPSH machinegun (physical exhibit) | W. Hairston | 10-19-2022 |
| 22 | Photo PPSH machinegun | W. Hairston | 10-19-2022 |
| 23 | Photo of PPSH machinegun (assembled) | W. Hairston | 10-19-2022 |
| 24 | M79 40 mm grenade launcher (physical exhibit) | W. Hairston | 10-19-2022 |
| 25 | M203 40 mm grenade launcher | W. Hairston | 10-19-2022 |
| 25-1 | M203 40 mm barrel (1) | W. Hairston | 10-19-2022 |
| 25-2 | M203 40 mm barrel (1) | W. Hairston | 10-19-2022 |
| 26 | Photo of M79 barrel assembly in a Midway sock | W. Hairston | 10-19-2022 |
| 27 | Photo of M79 barrel assembly | W. Hairston | 10-19-2022 |
| 28 | Photo of first barrel assembly for the M203 grenade launcher | W. Hairston | 10-19-2022 |
| 29 | Photo of second barrel assembly for the M203 grenade launcher | W. Hairston | 10-19-2022 |
| 30 - 1 | RPG-7 variant recoil-less antitank projector1 (physical exhibit) | W. Hairston | 10-19-2022 |
| 30 -2 | RPG-7 variant recoil-less antitank projector2 (physical exhibit) | W. Hairston | 10-19-2022 |
| 31 | Photo of  RPG-7 variant found in the house | W. Hairston | 10-19-2022 |
| 32 | Photo of RPG-7 variant found in the house (close-up) | W. Hairston | 10-19-2022 |
| 33 | Photo of gun in drawer | W. Hairston | 10-19-2022 |
| 34 | Photo of agent holding machine gun | W. Hairston | 10-19-2022 |
| 35 | Photo of various firearms in safe | W. Hairston | 10-19-2022 |
| 36 | Photo of various firearms in safe | W. Hairston | 10-19-2022 |
| 37 | Photo of phone and firearms | W. Hairston | 10-19-2022 |
| 38 | Photo of gun and machine gun receivers | W. Hairston | 10-19-2022 |
| 39 | Photo of receiver | W. Hairston | 10-19-2022 |
| 40 | Photo of receivers of PPS 43 | W. Hairston | 10-19-2022 |
| 41 | Photo of receivers of PPS 43 | W. Hairston | 10-19-2022 |
| 42 | Photo of receivers of MG 42 type | W. Hairston | 10-19-2022 |
| 43 | Photo of receivers of PPSH 41 | W. Hairston | 10-19-2022 |
| 44 | Photo of  RPD receiver | W. Hairston | 10-19-2022 |
| 45 | Photo of PPS 43, parts of M2 .50-caliber machine gun | W. Hairston | 10-19-2022 |
| 46 | Sub-machine gun operating manuals (physical exhibit) | W. Hairston | 10-19-2022 |
| 47 | MAC and RPB Industries publications (physical exhibit) | W. Hairston | 10-19-2022 |

| 48 | Velocity Sales Receipt (07.12.21) physical exhibit) | W. Hairston | 10-19-2022 |
|----|-----|-----|-----|
| 49 | Machine gun diagram (physical exhibit) | W. Hairston | 10-19-2022 |
| 50 | Letter from Slovenia (physical exhibit) | W. Hairston | 10-19-2022 |
| 51 | Photo of crate of gun mount | W. Hairston | 10-19-2022 |
| 52 | Photo of label of crate of gun mount | W. Hairston | 10-19-2022 |
| 53 | Photo of inert rockets | W. Hairston | 10-19-2022 |
| 54 | Photo of saw | W. Hairston | 10-19-2022 |
| 55 | Close-up photo of saw | W. Hairston | 10-19-2022 |
| 56 | Photo of welder | W. Hairston | 10-19-2022 |
| 57 | Photo of machine gun parts, feed tray assemblies | W. Hairston | 10-19-2022 |
| 58 | Photo of M240 side plate | W. Hairston | 10-19-2022 |
| 59 | Photo of M240 side plates | W. Hairston | 10-19-2022 |
| 60 | Photo of stacks of MAC receiver flats inside tool box | W. Hairston | 10-19-2022 |
| 61 | Photo of flats for MAC receivers inside tool box | W. Hairston | 10-19-2022 |
| 62 | Photo of welding fixtures and more flats for MAC receivers | W. Hairston | 10-19-2022 |
| 63 | Photo of stacks of shipping USPS priority mailboxes | W. Hairston | 10-19-2022 |
| 64 | Photo of spreadsheet and other paperwork (physical exhibit) | W. Hairston | 10-19-2022 |
| 65 | Photo of leather pouch found in the drawer | W. Hairston | 10-19-2022 |
| 66 | Photo of leather pouch found in the safe | W. Hairston | 10-19-2022 |
| 67 | Photo of cash inside leather pouch found in the safe | W. Hairston | 10-19-2022 |
| 68 | Photo of US currency | W. Hairston | 10-19-2022 |
| 69 | Photo of US currency and guns | W. Hairston | 10-19-2022 |
| 70 | Video test firing M79 40 mm grenade launcher | J. Bodell | 10-20-2022 |
| 71 | Video test firing M79 40 mm grenade launcher | J. Bodell | 10-20-2022 |
| 72 | ATF Certificate – FFL (physical exhibit) | W. Hairston | 10-19-2022 |
| 73 | ATF Certificate – FEL (physical exhibit) | W. Hairston | 10-19-2022 |
| 74 | ATF Certificate - SOT (physical exhibit) | W. Hairston | 10-19-2022 |
| 75 | ATF Certificates – Registered Firearms  (physical exhibit) | W. Hairston | 10-19-2022 |

| 76 | ATF Certificate – no pending application (physical exhibit) | W. Hairston | 10-19-2022 |
|---|---|---|---|
| 77 | How To Properly Destroy a Firearm Instructions | | |
| 78 | Certificate of Authenticity of Adamiak's military record | Alek-Finkelman | 10-20-2022 |
| 78A | Adamiak  Electronic Training Jacket | Alek-Finkelman | 10-20-2022 |
| 78B | Adamiak Excerpts from Adamiak's Official Military Record | Alek-Finkelman | 10-20-2022 |
| 79 | Hard drives containing texts and emails (physical exhibit) | W. Hairston | 10-19-2022 |
| 80 | Eric Schmit (570) 517-1480 texts (09.13.16) | | |
| 81 | Tina (570) 369-0340 and Lara (818) 590-4577 texts re training etc. (10.09.16) | | |
| 82 | Liam texts re FFL (03.11.17) | | |
| 83 | (757) 602-3719 texts re demilled not semi (06.06.17) | | |
| 84 | (801) 910-3671 texts (06.17.17) | | |
| 85 | (210) 601-5413 texts re suppressors (06.24.17) | | |
| 86 | Ken (251) 987-3051 texts re PPS (03.31.18) | | |
| 87 | Krinkov (985) 400-8781 texts re suppressors etc. (01.30.19 – 02.03.19) | | |
| 88 | (573) 35602565 texts re easy repairs and trunnion (06.27.20) | | |
| 89 | (806) 632-5352 texts re how to make full auto (10.29.21) | | |
| 90 | (757) 620-5184 texts re Big Class 3 Manufacture MAC 10 (11.19.21) | | |
| 91 | (463) 233-0910 texts re full auto vs. semi (12.11.21) | | |
| 92 | Sam M2 (716) 609-9000 texts re RPG-7 etc. (12.13.21) | | |
| 93 | Russell Jones texts re MK97s (12.23.21) | | |
| 94 | Paul Machine (951) 553-5508 texts re major tool purchases, heavy machinery etc. (01.27.22 – 02.06.22) | | |
| 95 | (334) 504-2599 texts re military stuff and full auto kit (01.29.22) | | |
| 96 | Furcsik texts re M79 purchase (02.28.22 – 03.16.22) | | |

| 97 | Adrian 007 (305) 323-5625 texts (04.15.21 – 03.05.22) | | |
| 98 | Craig Whitley email re Gunbroker.com Item #844219077 (11.14.19) | | |
| 99 | Email from Adamiak to Albert Adams re select fire trigger groups 04.14.21 | | |
| 100 | msdestiny@aol.com email_08.05.21 | | |
| 101 | Email from Adamiak to R Hayes_10.27.21 | G. Pruess | 10-19-2022 |
| 102 | Email from Adamiak to Rick Hayes re Thompson parts and receivers_10.27.21 | G. Pruess | 10-19-2022 |
| 103 | Email from Adamiak to Rick Hayes_10.27.21 | | |
| 104 | Email from Adamiak to R Hayes re mg42_10.28.21 | G. Pruess | 10-19-2022 |
| 105 | Email from Adamiak to Ted Kavowras re issue with item sent to Ted Kavowras_12.03.21 | | |
| 106 | Email from Adamiak to C Wheatley re Trade with Craig_01.07.22 | | |
| 107 | Email from Adamiak to Craig Wheatley re Trade with Craig_01.07.22 | | |
| 108 | Jack Martin email_01.11.22 | | |
| 109 | Email from Adamiak to T Lavesque re Thompson_01.19.22 | | |
| 110 | Arleenkeith@verizon.net email_01.21.22 | | |
| 111 | Email from Adamiak to Rdub re .30 and .50 boresight_03.23.22 | | |
| 112 | Application for Tax Paid Transfer and Registration of Firearm )03.04.15 (physical exhibit) | W. Hairston | 10-19-2022 |
| 113 | Black Dog Arsenal Invoice (10.20.21) (physical exhibit) | W. Hairston | 10-19-2022 |
| 114 | STEN Receiver Template (physical exhibit) | W. Hairston | 10-19-2022 |
| 115 | MAC 12 flat receipt (08.13.20) (physical exhibit) | W. Hairston | 10-19-2022 |
| 116 | Machinist Drawings for Sub-Machinegun Frames (physical exhibit) | W. Hairston | 10-19-2022 |
| 117 | MAC 10 Upper and Lower Receiver Blueprints (physical exhibit) | W. Hairston | 10-19-2022 |
| 118 | MAC 10 Template with handwritten notes (physical exhibit) | W. Hairston | 10-19-2022 |
| 119 | M11 weld block diagram with handwritten notes (physical exhibit) | W. Hairston | 10-19-2022 |

| 120 | Report of Examination (Ron Davis) | R. Davis | 10-19-2022 |
| 121 | Report of Examination (Jeff Bodell) | J. Bodell | 10-20-2022 |
| 122 | Prop gun | | |
| 123 | (785) 421-7255 texts re sold FA (01.24.22) | | |