FILED
IN OPEN COURT

OCT 21 2022

CLERK, U.S. DISTRICT COURT
NORFOLK, VA

IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF VIRGINIA
Norfolk Division

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v.  ) | CRIMINAL NO. 2:22cr47 |
| ) | |
| PATRICK TATE ADAMIAK ) | |

## JURY VERDICT FORM

1. WE, THE JURY, FIND THE DEFENDANT, PATRICK TATE ADAMIAK:

**COUNT 1**: With respect to Count One, Receive and Possess an Unregistered Firearm, we find the defendant, **PATRICK TATE ADAMIAK**:

Guilty ✓            Not Guilty _____

**COUNT 2**: With respect to Count Two, Unlawful Possession and Transfer of a Machinegun, we find the defendant, **PATRICK TATE ADAMIAK**:

Guilty ✓            Not Guilty _____

**COUNT 3**: With respect to Count Three, Receive and Possess an Unregistered Destructive Device we find the defendant, **PATRICK TATE ADAMIAK**:

Guilty ✓            Not Guilty _____

**COUNT 4**: With respect to Count Four, Receive and Possess an Unregistered Destructive Device, we find the defendant, **PATRICK TATE ADAMIAK**:

Guilty ✓            Not Guilty _____

Case 2:22-cr-00047-AWA-LRL  Document 64  Filed 10/21/22  Page 2 of 2 PageID# 518

Pursuant to the E-Government Act,
the original of this page has been filed
under seal in the Clerk's Office.

**COUNT 5:** With respect to Count Five, Receive and Possess an Unregistered Destructive Device, we find the defendant, **PATRICK TATE ADAMIAK**:

Guilty ✓          Not Guilty _____

<u>UNITED STATES v. PATRICK TATE ADAMIAK</u>
Criminal No. 2:22cr47

**REDACTED COPY**

Date: 10/21/2022          _____
                                      Foreperson's Signature