

Exhibit 46

USAO-036550





Exhibit 47



Exhibit 47

Milled trunnion slot

USAO-036553

Exhibit 48 (top) & PPS-43 (bottom)

USAO-036554

Exhibit 48



763045-22-0015  2022-659-JRB  320640

USAO-036555



Exhibit 49



Exhibit 49

Exhibit 49 compared to Colt MG40 from NFC

Exhibit 49 right side-plate

54

320640

2022-659-JRB

763045-22-0015

USAO-036558



Exhibit 49 compared to Colt MG40 from NFC

Exhibit 49 left side-plate

320640

2022-659-JRB

763045-22-0015



Exhibit 49 compared to Colt MG40 from NFC

USAO-036560

Exhibit 49



British Brownings in WWII 29

48. Right (above) and left (below) three-quarter views of a Mk II* Browning, serial no. B63957, produced by BSA in 1939.

Aberdeen Proving Ground photos nos. 72794 (above) and 72793 (below) dated October 29, 1942, originally captioned "British Machine Gun .303", MK.II". courtesy Virginia Ezell

57

EXAMPLE

763045-22-0015    2022-659-JRB    320640

USAO-036561