IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF VIRGINIA

*Norfolk Division*

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>PATRICK TATE ADAMIAK,<br><br>         Defendant. | Criminal No. 2:22CR00047-001<br><br>**NOTICE OF APPEAL** |

Notice is hereby given that the defendant in the above-named case, Patrick Tate Adamiak, hereby appeals to the United States Court of Appeals for the Fourth Circuit from the final judgment entered in this case on the 27th day of June 2023.

Undersigned counsel have not been retained represent the defendant on appeal, as the defendant advised undersigned counsel that he wishes to have other retained counsel on appeal. If the Court appoints counsel to represent the defendant on appeal, undersigned counsel respectfully request that the Court appoint CJA counsel and that undersigned counsel not be appointed.

                                                        Respectfully submitted,

                                                        PATRICK TATE ADAMIAK
                                                        Of Counsel

**Prepared by David Michael Good, P.C**.

/s/
David Michael Good
Virginia State Bar No. 44107
Attorney for Patrick Tate Adamiak
David Michael Good, P.C.
780 Lynnhaven Parkway, Suite 400
Virginia Beach, Virginia 23452-7332
Telephone: (757) 306-1331
Facsimile: (888) 306-2608
E-mail: dgood@dgoodlaw.com

UNITED STATES OF AMERICA V. PATRICK TATE ADAMIAK; 2:22CR00047-001; NOTICE OF APPEAL - 1

/s/
Lawrence H. Woodward
Virginia State Bar No. 21756
Attorney for Patrick Tate Adamiak
Ruloff, Swain, Haddad, Morecock, Talbert, & Woodward, P.C.
317 30th Street
Virginia Beach, Virginia 23451
Telephone Number: (757) 671-6000
Facsimile Number: (757) 671-6004
Email address: lwoodward@srgslaw.com

CERTIFICATE OF SERVICE

I hereby certify that on the 27th day of June 2023, I will electronically file the foregoing with the Clerk of Court using the CM/ECF system, which will then send a notification of such filing (NEF) to all counsel of record, including the following:

Victoria Liu
Special Assistant United States Attorney
New York State Bar No. 5431549
United States Attorney's Office
101 W. Main Street, Suite 8000
Norfolk, Virginia 23510
Office Number: (757) 441-6331
E-Mail: victoria.liu@usdoj.gov

/s/
David Michael Good
Virginia State Bar No. 44107
Attorney for Patrick Tate Adamiak
David Michael Good, P.C.
780 Lynnhaven Parkway, Suite 400
Virginia Beach, Virginia 23452-7332
Telephone: (757) 306-1331
Facsimile: (888) 306-2608
E-mail: dgood@dgoodlaw.com

**Prepared by David Michael Good, P.C**.