FILED: October 14, 2025

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

———————————

No. 23-4451
(2:22-cr-00047-AWA-LRL-1)

———————————

UNITED STATES OF AMERICA

     Plaintiff - Appellee

v.

PATRICK TATE ADAMIAK

     Defendant - Appellant

------------------------------

FIREARMS POLICY COALITION; FPC ACTION FOUNDATION

     Amici Supporting Appellant

———————————

J U D G M E N T

———————————

In accordance with the decision of this court, the judgment of the district court is

affirmed in part, and this case is remanded to the district court with instructions for further

proceedings consistent with the court's decision.

This judgment shall take effect upon issuance of this court's mandate in accordance

with Fed. R. App. P. 41.

                             /s/ NWAMAKA ANOWI, CLERK