UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Norfolk Division

UNITED STATES OF AMERICA

v.

PATRICK TATE ADAMIAK,

Defendant.

Criminal No. 2:22cr47

### <u>ORDER</u>

This matter comes before the Court on remand pursuant to a mandate from the United States Court of Appeals for the Fourth Circuit. *See* ECF No. 129. On October 21, 2022, a jury found Defendant Patrick Adamiak ("Defendant" or "Mr. Adamiak") guilty of the following counts: (1) Count 1: Receive and Possess an Unregistered Firearm, in violation of 26 U.S.C. §§ 5841, 5845, 5861(d) and 5871; (2) Count 2: Unlawful Possession and Transfer of a Machinegun, in violation of 18 U.S.C. § 922(o); and (3) Counts 3–5: Receive and Possess Unregistered Destructive Device, in violation of 26 U.S.C. §§ 5841, 5845, 5861(d) and 5871. Verdict, ECF No. 64. On June 13, 2023, the Court sentenced Mr. Adamiak to a 240-month term of imprisonment, followed by three years of supervised release. J. at 2–3, ECF No. 106. The term of imprisonment consists of 120 months on Count 1, 120 months on Count 2, to be served consecutively, and 120 months on Counts 3–5, to be served concurrently. *Id.* at 2. The term of supervised release consists of three years on Counts 1–5, all to be served concurrently. *Id.*

1

Consistent with the Fourth Circuit's opinion (ECF No. 124) and mandate (ECF No. 129), Mr. Adamiak's conviction on Count 1 is hereby **VACATED**. The Court will hold a resentencing hearing in light of its vacating Mr. Adamiak's conviction on Count 1.

The Clerk is **DIRECTED** to appoint Lawrence Hunter Woodward, Jr. ("Mr. Woodward") pursuant to the Criminal Justice Act, 18 U.S.C. § 3006A, to represent Mr. Adamiak for the purposes of resentencing. If a conflict prevents Mr. Woodward from providing representation, he must notify the Court within ten (10) days of the entry of this Order informing the Court of the conflict.[1] If Mr. Woodward is unable to represent Mr. Adamiak due to a conflict, the Clerk is **DIRECTED** to appoint other counsel pursuant to the Criminal Justice Act, 18 U.S.C. § 3006A.

The parties are **DIRECTED** to contact the Courtroom Deputy by email within seven (7) days of Appointed Counsel entering an appearance to schedule the resentencing hearing in this matter, for a date not earlier than May 1, 2026.

The Clerk is **REQUESTED** to forward a copy of this Order to Mr. Adamiak, Appointed Counsel, the United States Attorney's Office, and the United States Probation Office.

**IT IS SO ORDERED.**

/s/
Arenda L. Wright Allen
United States District Judge

December 30, 2025
Norfolk, Virginia

---

[1] If Mr. Woodward is available to represent Mr. Adamiak, he **SHALL** re-notice his appearance within ten (10) days of this Order.